Attachment 2 - EEOC Complaint Form

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### DIVISION

Davidson, Perry J. II

_____

(Name of plaintiff or plaintiffs)

v.

UBA - VA

_____

(Name of defendant or defendants)

Civil Action Number 1:24 CV01054 RP

(Supplied by Clerk's Office)

## COMPLAINT

1.    This action is brought by _____Davidson, Perry J. II_____, Plaintiff, pursuant to the following selected jurisdiction:

**(Please select the applicable jurisdiction)**

[    ] Title VII of the Civil Rights Act of 1964 (42 USC §§ 2000e et seq.)    Employment Discrimination on the basis of race, color, sex (gender, pregnancy and sexual harassment), religion or national origin.

[    ] The Age Discrimination in Employment Act (29 USC §§ 621 et seq.) **(ADEA)**.

[    ] The Americans With Disabilities Act (42 USC §§ 12102 et seq.) **(ADA)**.

[    ] The Equal Pay Act (29 USC § 206(d)) **(EPA)**.

[    ] The Rehabilitation Act of 1973 (29 USC §791 et seq.) (Applicable to federal employees only).

2.    Defendant _____UBA- UA_____ (Defendant's name) lives at, or its business is located at ___441 st. NW___ (street address), ___suite 707 North___ (city), ___Washington DC___ (state), ___20420___ (zip).

28

Rev. Ed. October 26, 2017

3a.    Plaintiff sought employment from the defendant or was employed by the defendant at _____(street address), (city), _____(state), _____(zip).

3b.    At all relevant times of claim of discrimination, Defendant employed _____ (#) employees.   If defendant is a union, at all relevant times of claim of discrimination, Defendant had _____ (#) members.

4.    Defendant discriminated against plaintiff in the manner indicated in paragraph 8 of this complaint on or about _____(month) _____(day) ____ (year).   If incidents of discrimination occurred more than one day, please indicate the beginning and ending dates of such acts:_____

5.    Plaintiff filed charges against the defendant with the Equal Employment Opportunity Commission (E.E.O.C.) charging defendant with the acts of discrimination indicated in paragraph 7 of this complaint on or about _____ (month) _____(day) _____(year).   (Not applicable to federal civil service employees).

6a.    The E.E.O.C. issued a **Notice of Right to Sue** which was received by plaintiff on (month) _____(day) _____(year).   (Not applicable to ADEA and EPA claims or federal civil service employees).

**VERY IMPORTANT NOTE:**    **PLEASE ATTACH A COPY OF YOUR NOTICE OF RIGHT TO SUE AND THE ENVELOPE IN WHICH IT WAS RECEIVED TO THIS COMPLAINT.**

6b.    Please indicate below if the E.E.O.C issued a **Determination** in your case:

[    ] Yes
[    ] No

**VERY IMPORTANT NOTE:**    **IF YOU CHECKED "YES", PLEASE ATTACH A COPY OF THE E.E.O.C.'S DETERMINATION TO THIS COMPLAINT**

7.    Because of plaintiff's:

**(Please select the applicable allegation(s))**

[    ]    Race (If applicable, state race) _____ A 2 F E C _____

[    ]    Color (If applicable, state color) Dark Brown _____

**29**

[   ]   Sex (gender, pregnancy or sexual harassment) (If applicable, state sex and claim)

[   ]   Religion (If applicable, state religion) __Catholic_____

[   ]   National Origin (If applicable, state national origin) ___AZTEC_____

[   ]   Age (If applicable, state date of birth) _____41_____

[   ]   Disability (If applicable, state disability) __PTSD_____

[   ]   Prior complaint of discrimination or opposition to acts of discrimination.
        (Retaliation) (If applicable, explain events of retaliation) _____

        The defendant:   **(please select all that apply)**

[   ]   failed to employ plaintiff.

[   ]   terminated plaintiff's employment.

[ ✓ ]   failed to promote plaintiff.

[ ✓ ]   harassed plaintiff.

[ ✓ ]   other (specify) __attempt on my life, Heath Care, Veterans Benifits__

8a.     State **specifically** the circumstances under which defendant, its agent, or employees
        discriminated against plaintiff **PERSONALLY**:

**VERY IMPORTANT NOTE:**          **INCLUDE SPECIFIC DATES, SPECIFIC EVENTS,
                                  AND ANY SPECIFIC COMMENTS MADE BY
                                  DEFENDANT PERTAINING TO THE
                                  DISCRIMINATION CLAIM ALLEGED ABOVE.**

8b.     List any **witnesses** who would testify for plaintiff to support plaintiff's allegations
        and the substance of their testimony:

                    __U.S. ARMY, VA workers__

8c.     List any **documentation** that would support plaintiff's allegations and explain what
        the documents will prove:

30

Rev. Ed. October 26, 2017

9. The above acts or omissions set forth in paragraphs 7 and 8 are:

  [ ] still being committed by defendant.
  [ ] no longer being committed by defendant.

10. Plaintiff should attach to this complaint a copy of the charge filed with the Equal Employment Opportunity Commission.   This charge is submitted as a brief statement of the facts supporting this complaint.

WHEREFORE, plaintiff prays that the Court grant the following relief to the plaintiff:

[ ] Defendant be directed to employ plaintiff.

[ ] Defendant be directed to re-employ plaintiff.

[ ] Defendant be directed to promote plaintiff.

[ ] Defendant be directed to _____
and that the Court grant such other relief as may be appropriate, including injunctive orders, damages, costs and attorney's fees.

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

_____09 SEP 24_____
Date

_____P. J. Vo. II_____
Signature of Plaintiff

_____7619 Crystalbrook West_____
Address of Plaintiff

_____Austin_____FX_____78724____
City   State   Zip Code

Telephone Number(s)

31

Rev. Ed. October 26, 2017